IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKE K. BOLTER,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN ASHCROFT, Attorney General, UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>            Defendants.<br>_____/ | No. C 04-02878 JSW<br><br>**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE LARSON** |

Pursuant to Civil Local Rule 72-1, the discovery dispute submitted to the Court by the letter dated June 2, 2005 from Attorney General's Office for the State of California, as well as all other discovery disputes in the above-captioned matter, are referred to Magistrate Judge Larson.

**IT IS SO ORDERED.**

Dated: June 3, 2005                                  /s/ Jeffrey S. White
                                                                 JEFFREY S. WHITE
                                                                 UNITED STATES DISTRICT JUDGE

cc:   Wings Hom