```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  OWEN P. MARTIKAN (SBN 177104)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, 10th Floor
 5      San Francisco, California 94102-3495
        Telephone:  (415) 436-7241
 6      Facsimile:  (415) 436-6748
        Email:      owen.martikan@usdoj.gov
 7
    Attorneys for Federal Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUKE K. BOLTER, <br><br> Plaintiff, <br><br> v. <br><br> JOHN ASHCROFT, et al., <br><br> Defendants. | Case No. C 04-2878 JSW (JL) <br> **E-FILING CASE** <br><br> [PROPOSED] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to the parties' stipulation and for good cause shown, the Court GRANTS defendants' Administrative Motion to file their Objections to the Magistrate Judge's Report and Recommendations, and the exhibits thereto, under seal.

SO ORDERED.

Dated: August 23, 2005

_____
HON. JEFFREY S. WHITE
United States District Judge