**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUKE K. BOLTER,

    Plaintiff,

v.

JOHN ASHCROFT, Attorney General, UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,

    Defendants.
_____/

No. C 04-02878 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTION**

The Court has reviewed Magistrate Judge Larson's Report and Recommendation regarding the Motion for Preliminary Injunction and/or Writ of Mandate filed by Plaintiff Duke Bolter. The Court has also reviewed the objections to Judge Larson's Report and Recommendation filed by the Federal Defendants.

Having considered the Report and Recommendation and the objections, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. The Court notes the concerns raised by the Federal Defendants regarding the safety of confidential informants. However, the Report recommends that the records be disclosed to Bolter's counsel, pursuant to a protective order, restricting distribution to counsel only and their staff and investigators. Therefore, neither the documents nor their contents may be disclosed to Bolter, or anyone other than Bolter's counsel, staff and investigators without further order of the Court. The Court is satisfied that these conditions sufficiently address the security concerns raised by the Federal

Defendants while Judge Larson conducts further proceedings on this matter. Accordingly, the Court HEREBY ADOPTS the Report and Recommendations and ORDERS that the records described in the Report be disclosed to Bolter's counsel pursuant to the conditions set forth in the Report.

**IT IS SO ORDERED.**

Dated: September 21, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE