UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKE K. BOLTER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN ASHCROFT, DEPARTMENT OF JUSTICE,<br><br>        Defendants.<br>_____/ | No. C 04-2878 JSW (JL)<br><br>AMENDMENT TO STIPULATED PROTECTIVE ORDER COVERING DOCUMENTS RELEASED PURSUANT TO COURT ORDER |

        On January 25, 2006, this court conducted a hearing on Ashcroft's motion for discovery. The Court was informed that the stipulated protective order approved and adopted by the Court on October 26, 2005 failed to authorize use of the documents at Mr. Bolter's trial in state court.

        Accordingly, and for good cause, this court orders the stipulated protective order amended as follows:

        Add paragraph 1.5. "The parties to the state court action may also use any documents and information disclosed pursuant to this court's previous order at trial subject to any confidentiality procedures deemed appropriate by the state court, for the following purposes: including, but not limited to impeachment, direct evidence or other evidentiary purposes, subject to admissibility as determined by the trial court. If any of said documents

1 are offered and received in evidence or filed in connection with any motion or ancillary
2 proceeding, it shall be under seal or equivalent protective order by the state court trial
3 judge."

4 This amendment follows this court's report and recommendation at page 4, line 6
5 through 8, approved by the district court on September 21, 2005.

6 Any additional security concerns of the California Department of Corrections, the
7 United States Department of Justice, or the District Attorney for the County of Del Norte
8 shall be addressed to the California State Court Trial Judge.

10 DATED: March 8, 2006

_____
JAMES LARSON
Chief Magistrate Judge

**United States District Court**
For the Northern District of California

G:\JLALL\CHAMBERS\CASES\CRIMINAL\04-2878\AmendProtective.Order.wpd      2