1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11 | DUKE K. BOLTER,                                    No. C 04-2878 JSW (JL)

12 |                     Plaintiff,

13 |          v.                                                CORRECTION TO AMENDMENT TO
                                                              STIPULATED PROTECTIVE ORDER
                                                              COVERING DOCUMENTS RELEASED
14 | JOHN ASHCROFT, DEPARTMENT OF           PURSUANT TO COURT ORDER
     JUSTICE,                                             (Correcting Docket # 98)

15 |
                     Defendants.
16 | _____/

17

18          In its order filed March 8, 2006, this Court referred to a hearing on January 25, 2006

19 | On "Ashcroft's motion for discovery."In fact, the hearing was on Bolter's motion for

20 | discovery. As provided by Rule 60(a), Federal Rules of Civil Procedure, the record is

21 | hereby corrected to reflect the right moving party.

22          IT IS SO ORDERED.

23 | DATED: March 13, 2006

24
                                        _____
25                                       JAMES LARSON
                                          Chief Magistrate Judge
26

27

28