1  NEAL I. SANDERS
   Attorney at Law-State Bar #87681
2  325 "I" Street
   Eureka, CA   95501
3  Telephone: (707) 442-4200
   Fax No: (707) 442-1650
4

5  WILLIAM R. BRAGG #070247
   ANNE M. RUDOLPH #201583
6  BRAGG, PERLMAN, RUSS,
   STUNICH, RUDOLPH & EADS LLP
7  434 Seventh Street
   P.O. Box 1248
8  Eureka, CA 95502-1248
   Telephone: (707) 442-2927
9  Fax No.: (707) 443-2747

10 Attorneys for Plaintiff

11

12                    **UNITED STATES DISTRICT COURT**

13               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

15 DUKE K. BOLTER,                        Case No.  **C 04-02878 JSW (JL)**

16                    Plaintiff,
                                          [~~Proposed~~]  **ORDER GRANTING**
17 -vs-                                   **PLAINTIFF'S ADMINISTRATIVE**
                                          **MOTION TO FILE DOCUMENTS**
18 JOHN ASHCROFT, Attorney General,       **UNDER SEAL**
   UNITED STATES DEPARTMENT OF
19 JUSTICE and FEDERAL BUREAU OF          **(Northern District Local Rules 7-11 and**
   INVESTIGATION,                         **79-5)**
20
                    Defendants.
21 _____/

22       PURSUANT TO THE PARTIES STIPULATION and FOR GOOD CAUSE SHOWN

23 the Court grants plaintiff's administrative motion to file his brief, and exhibits thereto, under

24 seal.

25       SO ORDERED.

26 Dated: __May 3, 2006_____         _____
                                          HON. _____
27                                        Chief _____

28

_____
                              Page 1
[Proposed] Order Granting Plaintiff's Administrative Motion to File Documents Under Seal