**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11   DUKE K. BOLTER,                        No. C 04-2878 JSW (JL)
12          Plaintiff,
                                            **SEALING ORDER**
13      v.
14   JOHN ASHCROFT, DEPARTMENT OF
     JUSTICE,
15          Defendants.
16   _____/
17          It is hereby ordered that Defendants' Reply Brief Responding to Bolter's Brief and
18   the Court's Briefing Order may be filed under seal.
19          IT IS SO ORDERED.
20   DATED: May 24, 2006
21
                              _____
22                            JAMES LARSON
                              Chief Magistrate Judge
23
24
25
26
27
28