1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-7241
6      Facsimile:   (415) 436-6748
       Email:       owen.martikan@usdoj.gov
7
   Attorneys for Federal Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
   DUKE K. BOLTER,              )   Case No. C 04-2878 JSW (JL)
12                              )   **E-FILING CASE**
              Plaintiff,        )
13                              )
         v.                     )   [PROPOSED] **STIPULATED**
14                              )   **JUDGMENT**
   JOHN ASHCROFT, Attorney General, )
15 UNITED STATES DEPARTMENT OF  )
   JUSTICE and FEDERAL BUREAU OF )
16 INVESTIGATION,               )
                                )
17            Defendants.       )
                                )

   IT IS HEREBY STIPULATED by and between the undersigned parties and their attorneys, that judgment should be entered in this action as follows:

   1. Counsel for defendant The Federal Bureau of Investigation (FBI), on behalf of all named defendants, and counsel for plaintiff Duke Bolter, will sign the stipulated protective order attached as Exhibit A, the terms of which are incorporated herein by reference. The Protective Order will govern Bolter's counsel's use of the documents that the FBI will produce to Bolter's counsel pursuant to this agreement, as well as Bolter's counsel's use of the documents that the FBI produced to Bolter's counsel pursuant to the stipulated protective order that the parties filed on October 18, 2005, and which are identified in the August 12, 2005 Report and Recommendations of Magistrate Judge Larson.

2. The FBI will produce to Bolter's counsel the documents referenced in paragraph 1 of the Protective Order, according to the terms outlined in the Protective Order.

3. The parties will bear their own fees and costs.

IT IS SO STIPULATED.

**For Plaintiff Duke Bolter.**

DATED: 8-1-06         By: _____
                          NEAL J. SANDERS, ESQ.
                          Attorney for Plaintiff, Duke Bolter

**For The Federal Defendants.**

                          KEVIN V. RYAN
                          United States Attorney

DATED: 8/7/06         By: _____
                          OWEN P. MARTIKAN
                          Assistant United States Attorney
                          Attorneys for Federal Defendants

### [PROPOSED] ORDER

Judgment shall be entered in accordance with the foregoing.

DATED: August 10, 2006    _____
                          JEFFREY S. WHITE
                          United States District Judge

STIPULATED JUDGMENT AND [PROPOSED] ORDER
C 04-2878 JSW (JL)                    2